IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| APEX GCL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEVENTUS LLC *et al.*, <br><br> Defendants. | Case No. 3:19cv00032 |

## AGREED ORDER OF DISMISSAL

This cause coming to be heard on Plaintiff, Apex GCL, LLC and Defendants, Seventus LLC, Sure Power LLC, Timothy Rosenzweig (whose last name is incorrectly spelled in the Caption as Rosensweig"), and Andrew Evans, Joint Motion for Entry of an Agreed Order of Dismissal, counsel for Plaintiff and/or Defendants having appeared and the Court being fully advised in the premises, it is hereby ordered that:

The above titled lawsuit is dismissed, with prejudice, parties to bear their own attorneys' fees and costs.

SO ORDERED, this the  5th  day of May, 2020.

_____
Judge Glen Conrad

Agreed:

/s/ Jonathan T. Blank
Jonathan T. Blank (VSB No.: 38487)
Benjamin P. Abel (VSB No.: 88961)
MCGUIREWOODS LLP
652 Peter Jefferson Parkway
Suite 350
Charlottesville, VA 22911
T: +1 434 977 2509
F: +1 434 980 2258
jblank@mcguirewoods.com
*Counsel for Plaintiff*

/s/ Joel W. Morgan
Joel W. Morgan (VSB No.: 65761)
FREEBORN & PETERS LLP
901 East Byrd Street
Suite 950
Richmond, VA 23219
T: +1 804 644 1300
F: +1 804 644 1354
jwmorgan@freeborn.com
*Counsel for Defendants*